IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dwayne Harris, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00405 |
| v. | : | Judge Watson |
| Gary Croft, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Defendants' June 27, 2012 motion to stay the answer deadline pending judgment on their motion to revoke plaintiff's *in forma pauperis* status (doc. 13) is GRANTED.

s/ Mark R. Abel
United States Magistrate Judge
