IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dwayne Harris,                    :

        Plaintiff         :     Civil Action 2:12-cv-00405

v.                                :     Judge Watson

Gary Croft, *et al.*,             :     Magistrate Judge Abel

        Defendants        :

**ORDER**

Defendants' June 27, 2012 motion to stay the answer deadline pending judgment on their motion to revoke plaintiff's *in forma pauperis* status (doc. 13) is GRANTED.

                                              s/ Mark R. Abel
                                              United States Magistrate Judge